■   JESSE T. SCAROLA v. INSURANCE COMPANY OF NORTH AMERICA.— Motion for reconsideration granted and, upon reconsideration, this court, pursuant to

CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Stevens, P. J., McGivern, Nunez, Kupferman and Murphy, JJ.